# EXHIBIT 4

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss

SUPERIOR COURT
CIVIL ACTION NO.: PLCV2004-1105

***********************************

BAY MORTGAGE SERVICES, INC.
and PETER J. LUCIDO
    Plaintiff

vs.

U.S. BANCORP
    Defendant

***********************************

### DEFENDANT'S MOTION TO DISMISS

Now comes the Defendant, U.S. Bancorp, as Assignee of Norvergence, Inc., and hereby moves this Court to Dismiss the Plaintiff's Complaint pursuant to M.R.C.P. 12(b)(2) and/or (b)(3) on the grounds that parties to this action agreed by written contract that the exclusive jurisdiction and/or venue for the claims asserted by the Plaintiff must be the state or federal Court located in the State of Minnesota, not the Commonwealth of Massachusetts. In support of its Motion, the Defendant states the following:

1. On or about September 15, 2004, the Plaintiff commenced this action against the Defendant for fraud, breach of warranty and violation of M.G.L. c. 93A, arising out an Equipment Rental Agreement (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit "A."

2. Pursuant to the Agreement, the Defendant's Assignor, Norvergence, Inc., is identified as the "RENTOR" and Bay Mortgage Services, Inc., the Plaintiff in this action, is identified as the "RENTER".

3. The APPLICABLE LAW provision of the Agreement, provides, in relevant part:

This Agreement will be governed by, construed and enforced in accordance with the laws of the State in which Rentor's principal offices are located, or if this lease is assigned by Rentor, <u>the State in which the assignee's principal offices are located</u>... and all legal actions relating to this lease <u>shall</u> be venued exclusively in a state or federal court located within that State, such court to be chosen at Rentor or Rentor's Assignee's sole option (emphasis added).

4. There can be no dispute that the Defendant is this action is the Assignee of the Rentor. A copy of the operative Assignment between US Bancorp and Norvergence, Inc. is annexed hereto as **Exhibit "B."** Indeed, as a result of the Assignment, U.S. Bancorp has been named as the Defendant.

5. By virtue of the Assignment, and as a result of the clear and unambiguous jurisdictional language of the Agreement, jurisdiction for the Plaintiff's asserted claims properly lies in the State of Minnesota, not in the Commonwealth of Massachusetts. Dismissal, therefore, is warranted, consistent with well-settled Massachusetts legal precedent, which provides that the Courts must give effect to...freely negotiated forum selection clauses." <u>KKW Enterprises, v. Gloria Jean's Gourmet Coffees Franchising Corp.</u>, 184 F.3d 42, 52 (1st Cir. 1999), quoting <u>Snyder v. Smith</u>, 736 F.2d 409, 419 (7th Cir. ). Here, there is no basis not to uphold what appears to be nothing more than a freely negotiated forum selection clause.

**WHEREFORE**, the Defendant requests this Court to allow is Motion, to Dismiss this law suit with prejudice as to the filing of any further action by the Plaintiff against the Defendant in the Commonwealth of Massachusetts, and to enter such other relief as it deems just and

- proper.

Respectfully submitted,
U.S. Bancorp, as Assignee of Norvergence, Inc.
By its attorneys,
Cohn & Dussi, LLC,

Date: 9/04/04

Lewis J. Cohn, Esq. BBO# 553803
Michael H. Theodore, BBO# 565098
25 Burlington Mall Road, Sixth Floor
Burlington, MA 01803
(781) 494-0200

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 24TH day of September, 2004, I caused to be served by first class mail, postage pre-paid, a copy of the foregoing Motion to Dismiss upon:

Allan J. Costa, Esquire
Triffletti & Costa, P.C.
125 Long Pond Road, Suite 20
Plymouth, MA 02360

Michael H. Theodore

Exhibit A

FROM FAEGRE & BENSON    Case 1:04-cv-12201-DPW    Document 1-5    Filed 10/20/2004    Page 6 of 12
(WED) 10. 20 04 12:25/ST. 12:20/NO. 4862006275 P 28

## NorVergence

**Equipment Rental Agreement**  
Rental Number: 15310  
APR 23 2004

| Renter (Full Legal Name) | Rentee (Full Legal Name) |
|---|---|
| NorVergence, Inc | Bay Mortgage Services Inc |
| Address | Address |
| 550 Broad St, 2nd Floor | 99 Rosewood Office Park, 301 |
| City: Newark  State: NJ  County: Essex  Zip Code: 07102 | City: Braintree  State: MA  County: [illegible]  Zip Code: 02184 |
| Telephone Number: 973-242-7800 | Telephone: 508-830-3008  Federal Tax ID: 043107715  State of Organization: 1990 |

Dear Customer: We've written this Equipment Rental Agreement (the "Rental") in simple and easy-to-read language because we want you to understand its terms. Please read this Rental carefully and feel free to ask us any questions you may have about it. We use the words you and your to mean the Renter indicated above. The we, us and our refer to the Rentor indicated herein.

**Rental Agreement:** We agree to rent to you and you agree to rent from us the Equipment listed below (the "Equipment"). You promise to pay us the Rental Payments shown below according to the payment schedule below.

| Quantity | Equipment Model & Description | Serial Number |
|---|---|---|
| 1 | MATRIX™ 2003 | 3 cards |
| 17 | CCS Sets | |

Equipment to be new unless otherwise noted: Used ☐ Reconditioned ☐  
Equipment Location (if different from Renter address above):

**Transaction Terms:** Rental Payment $ 1,328.38 (plus applicable taxes)  Security Deposit $ 0  
☒ If checked the first payment is due approximately 60 days after date of acceptance.  
**RENTAL TERM 60 Months**

[small print paragraphs]

**THIS RENTAL MAY NOT BE CANCELLED OR TERMINATED EARLY.**

| Rentor: NorVergence, Inc. | Rentee: Bay Mortgage Services Inc |
|---|---|
| By: X [signature] Barbara Inkman - Ox. Accept | By: X [signature] |
| Accepted on behalf of Rentor on: 5-6-04 | Name (print): Peter Wright |
| | Date/Title: 3/18/04, President |

You agree that a facsimile copy of this Rental bearing signatures may be treated as an original.

[Guaranty small print]

| Personal Guaranty: | Personal Guaranty: |
|---|---|
| By: X(sign) [signature] Individually | By: X(sign) Individually |
| Name (print): Peter Wright | Name (print): |

11-26-2003

Page largely illegible due to scan quality. Equipment Rental (continued) terms and conditions document dated 11-26-2003.



Exhibit B

ASSIGNMENT

RE: Agreement No. __15310__, dated __5-6__, 2004 between __Bray Mortgage Services Inc.__ as Customer and the undersigned as nominal Owner (the "Agreement").

The undersigned hereby sells, assigns, and transfers to U.S. Bancorp Business Equipment Finance Group all of the undersigned's right, title, and interest in and to (a) the equipment covered by the Agreement and (b) the undersigned's rights as Owner under the Agreement, including the right to receive rent thereunder.

__NorVergence__
(Name of Owner)

__Becky Freeman__
Signature

__Doc Analyst__
Title

__5-6-04__
Date

**COMMONWEALTH OF MASSACHUSETTS**

PLYMOUTH, ss

**SUPERIOR COURT**
**CIVIL ACTION NO.: PLCV2004-1105**

2004 OCT 20

```
************************************
                                   *
BAY MORTGAGE SERVICES, INC.        *
and PETER J. LUCIDO                *
                                   *
        Plaintiffs,                *
                                   *
vs.                                *
                                   *
U.S. Bancorp,                      *
                                   *
        Defendant                  *
                                   *
************************************
```

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant U.S. Bancorp hereby gives notice that it has filed the attached Notice of Removal with the United States District Court for the District of Massachusetts under 28 U.S.C. § 1446.

Respectfully submitted,
U.S. Bancorp
By its attorneys,
Cohn & Dussi, LLC,

Dated: October 20, 2004

Lewis J. Cohn, Esq., BBO# 553803
Michael H. Theodore, BBO# 565098
25 Burlington Mall Road, Sixth Floor
Burlington, MA 01803
(781) 494-0200

M2:20664995.01

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 20th day of October, 2004, I caused to be served by first class mail, postage pre-paid, a copy of the foregoing Notice of Filing of Notice of Removal upon:

Allan J. Costa
Triffletti & Costa, P.C.
124 Long Pond Road
Plymouth, MA 02360

M2:20664995.01