UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bay Mortgage Services, Inc. )
and Peter J. Lucido, )
        Plaintiffs )
         )
v. )
         )  CIVIL CASE NO. 04-CV-12201 DPW
USBancorp, )
        Defendant )

### STIPULATION TO STAY AUTOMATIC DISCOVERY

The parties in the above-captioned matter hereby stipulate to a stay of the automatic discovery provisions contained in Fed.R.Civ.P. 26(a)(1). This stay shall remain in effect until such time as this Honorable Court rules on Defendant's Motion to Dismiss.

Respectfully Submitted
THE PLAINTIFFS,
Bay Mortgage Services, Inc.
and Peter J. Lucido,
By their attorney,

_____
Allan J. Costa, Esquire
BBO #544015
Triffletti & Costa, P.C.
124 Long Pond Road
Plymouth, MA 02360
(508) 746-1464

Respectfully Submitted
THE DEFENDANT,
USBancorp
By Its Attorney,

_____
Michael H. Theodore, Esquire
BBO #565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803-4158
(508) 494-0200

Dated: October 26, 2004