UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bay Mortgage Services, Inc. )
and Peter J. Lucido, )
               Plaintiffs )
)
v. )
)     CIVIL CASE NO. 04-CV-12201 DPW
USBancorp, )
               Defendant )

## PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COMES the Plaintiff in the above captioned matter and hereby moves this Honorable Court to continue the date for the initial Scheduling Conference currently scheduled for November 29, 2004 at 2:30 pm. As grounds therefore, Plaintiff's counsel is currently scheduled to commence a several day jury trial in Plymouth Superior Court, case number 02-01034B, on November 29, 2004.

Respectfully Submitted
THE PLAINTIFFS,
Bay Mortgage Services, Inc.
and Peter J. Lucido,
By their attorney,

Allan J. Costa, Esquire
BBO #544015
Triffletti & Costa, P.C.
124 Long Pond Road
Plymouth, MA 02360
(508) 746-1464

Assented to:
THE DEFENDANT,
USBancorp
By Its Attorney,

Michael H. Theodore, Esquire
BBO #565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803-4158
(508) 494-0200

Dated: October 26, 2004