UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bay Mortgage Services, Inc. )
and Peter J. Lucido, )
              Plaintiffs )
)
v. )
) CIVIL CASE NO. 04-CV-12201 DPW
)
USBancorp, )
              Defendant )

## STIPULATION OF DISMISSAL

NOW COME the parties in the above captioned matter and hereby stipulate that all claims and counterclaims in said action be dismissed with prejudice and without costs to either party.

Respectfully Submitted,

THE PLAINTIFFS,
Bay Mortgage Services, Inc.
and Peter J. Lucido,
By their attorney,

_____
Allan J. Costa, Esquire
BBO #544015
Triffletti & Costa, P.C.
124 Long Pond Road
Plymouth, MA 02360
(508) 746-1464

THE DEFENDANT,
USBancorp
By Its Attorney,

_____
Michael H. Theodore, Esquire
BBO #565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803-4158
(781) 494-0200

Dated: December 31, 2004